MARTIN J. DOYLE, Respondent, *v.* THE CITY OF TROY, Appellant.

*Doyle* v. *City of Troy*, 138 App. Div. 650, affirmed.
(Argued June 7, 1911; decided June 16, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 10, 1910, reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term and granting a new trial in an action to recover for personal injuries alleged to have been sustained through the defendant's negligence.

*George B. Wellington, Corporation Counsel,* for appellant.

*Cornelius Hannan* for respondent.

Order affirmed and judgment absolute ordered against appellant, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ.